UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 24-9916-AH(BFMx) | Date | FEBRUARY 12, 2025 |
|---|---|---|---|
| Title | Nahid Lahiji v. Liberty Mutual Insurance Company et al | | |

| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT JUDGE |
|---|---|

| Yolanda Skipper | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicole S. Houman | Nicholas J. Boos |

**Proceedings:** HEARING RE: PLAINTIFF'S MOTION FOR ORDER TO REMAND ACTION TO L.A. SUPERIOR COURT [13]

The case is called and counsel state their appearances. The Court and counsel confer.

Tentative ruling is given to all counsel. The Court invites counsel to respond to the tentative ruling granting plaintiffs' motion to remand. Following oral argument, the Court advises counsel that the motion is taken under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties

__ : 07